OSCAR ENGLAND, Appellant, v. ROSE ENGLAND, Respondent.— In an action for annulment, judgment dismissing the complaint and decreeing a separation on defendant's counterclaim unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

52 & 58–27TH STREET, JACKSON HEIGHTS, INCORPORATED, Appellant, v. HELENE M. KEELER, Also Known as Mrs. EDWARD A. KEELER, Respondent.— Action for rent by a corporate owner, based upon a sealed instrument executed by another corporation " as Agent " without there being any mention by name of the principal for whom the latter corporation was acting as agent. The defendant moved to dismiss the complaint on the ground (a) that the plaintiff could not maintain an action as undisclosed principal upon the instrument invoked; and (b) that the action was barred by the Statute of Limitations. Order granting defendant's motion to dismiss the complaint and judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

CATHERINE GEARY, Respondent, v. ELLIOT K. SERVICE and CYNTHIA L. SERVICE, Defendants, and EDWARD M. BASSETT, Appellant.— In an action to recover damages for personal injuries sustained by plaintiff, who is alleged to have fallen on the ice on the public sidewalk adjoining appellant's premises, order denying appellant's motion to dismiss the complaint as to him for failure to state facts sufficient to constitute a cause of action affirmed, with ten dollars costs and disbursements, with leave to appellant to answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

MATILDA J. HAMILL, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Action for money had and received, based upon the executed rescission of a transaction involving a sale of a mortgage by the defendant to the plaintiff. Order granting defendant's motion for summary judgment under rule 113, Rules of Civil Practice, on the ground that the cause of action is barred by the Statute of Limitations (Civ. Prac. Act, § 48, subd. 1), and judgment entered pursuant thereto, unanimously affirmed, with ten dollars costs and disbursements. (Cohen v. City Company of New York, 283 N. Y. 112; Steinert v. Title Guarantee & Trust Co., 258 App. Div. 927; affd., 283 N. Y. 636.) Order denying plaintiff's motion to resettle the order granting summary judgment herein and to amend said judgment affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

MARIE HARVEY, Appellant, v. J. P. MORGAN & Co., Respondents.— Action for four monthly payments claimed to be due under an alleged pension agreement. Order of the Appellate Term, reversing a judgment of the Municipal Court of the City of New York, Borough of Queens, in favor of plaintiff and dismissing the complaint, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ. [166 Misc. 455.]